IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HSMY, Incorporated, a Delaware Corporation, a/k/a H.S.M.Y., Inc.<br><br>Plaintiff,<br><br>v.<br><br>GETTY PETROLEUM MARKETING, INC., a Maryland Corporation,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:  C. A. No. _____<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF REMOVAL

Defendant, Getty Petroleum Marketing, Inc. ("Getty"), by its undersigned counsel, hereby files this Notice of Removal of the civil action captioned *HSMY, Incorporated v. Getty Petroleum Marketing, Inc.*, C.A. No. 05C-11-013 (JTV) (the "State Court Action") from the Superior Court of the State of Delaware in and for Kent County. This Notice is filed pursuant to 28 U.S.C. §§ 1441 and 1446.

The grounds for removal are as follows:

1.  Plaintiff, HSMY, Incorporated, a/k/a H.S.M.Y., Inc. commenced the State Court Action by filing a Complaint in the Superior Court of the State of Delaware in and for Kent County on or about November 4, 2005.

2.  Plaintiff purported to serve Getty with the Complaint through its registered agent, The Corporation Trust Company on or about November 15, 2005. A copy of Plaintiff's Complaint and Summons are attached hereto as Exhibit "A."

3. At the time the Complaint was filed and at the time of removal, Getty was and remains a corporation organized and existing under the laws of the State of Maryland, with its principal place of business in East Meadow, New York.

4. Plaintiff HSMY is and was at the time this action was commenced a Delaware corporation with its principal place of business located in Newark, Delaware.

5. Plaintiff seeks in excess of $100,000, exclusive of interest and costs in this action.

6. This Court is the proper venue for this action pursuant to §1441(a). In fact, Plaintiff commenced the State Court Action in the Superior Court of the State of Delaware.

7. The State Court Action is removable from the Superior Court of the State of Delaware in and for Kent County to this Court pursuant to 28 U.S.C. §1332(a)(1) and §1441(a).

8. No additional pleadings have been filed by Plaintiff, and no proceedings have occurred in the State Court Action.

9. This Notice of Removal is timely filed pursuant to 28 U.S.C. §1446(b).

10. Pursuant to 28 U.S.C. §1446(d), Getty is simultaneously giving written notice of the filing of this Notice of Removal. A copy of this Notice of Removal and all supporting papers were filed with the Prothonotary of the Superior Court of the State of Delaware in and for Kent County.

WHEREFORE, Defendant Getty respectfully requests that the State Court Action be removed to this Court, as provided by 28 U.S.C. §§ 1441, *et seq.*

DATED:    November 30, 2005

**DUANE MORRIS LLP**

*/s/ Matt Neiderman*

Matt Neiderman (Del. I.D. No. 4018)
1100 North Market Street, 12th Floor
Wilmington, Delaware  19801
302.657.4900

**OF COUNSEL:**

Attorneys for Defendant
Getty Petroleum Marketing, Inc.

**DUANE MORRIS LLP**
Harvey Gurland, Esq.
200 South Biscayne Blvd., Ste. 3400
Miami, Florida  33131


cc:  Prothonotary, Kent County

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY this 30th day of November, 2005, that true and correct copies of the foregoing "Notice of Removal" were served by facsimile and Federal Express to counsel below:

> Basil C. Kollias, Esq.
> John C. Andrade, Esq.
> Parkowski, Guerke & Swayze, P.A.
> 116 West Water Street
> P.O. Box 598
> Dover, Delaware 19903

MATT NEIDERMAN (I.D. No. 4018)