# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HSMY, Incorporated, a Delaware Corporation, a/k/a H.S.M.Y., Inc., <br><br>  Plaintiff, <br><br> v. <br><br> GETTY PETROLEUM MARKETING INC., a Maryland Corporation. <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) )   C.A. No. 05-818 (JJF) |

## DEFENDANT GETTY PETROLEUM MARKETING INC.'S
## MOTION TO DISMISS THE COMPLAINT

Defendant Getty Petroleum Marketing Inc. ("Getty") hereby moves, in accordance with Fed.R.Civ.P. 12(b)(6), to dismiss the Complaint for failure to state a claim upon which relief can be granted. The grounds in support of this Motion are set forth in Getty's Opening Brief in Support of its Motion to Dismiss, filed contemporaneously herewith.

**DATED:** January 4, 2006

**OF COUNSEL:**

**DUANE MORRIS LLP**
Harvey Gurland, Jr., P.A. (*of the Florida Bar*)
200 South Biscayne Blvd., Suite 3400
Miami, Florida  33131
Tel:   305.960.2200
Fax:   305.960.2201

**DUANE MORRIS LLP**

/s/  Matt Neiderman
Matt Neiderman (Del. I.D. No. 4018)
1100 North Market Street, 12th Floor
Wilmington, Delaware  19801
Tel:   302.657.4900
Fax:   302.657.4901

*Attorneys for Defendant*
*Getty Petroleum Marketing Inc.*

WLM\213184.1

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY this 4th day of January, 2006, that a copy of the foregoing "Defendant Getty Petroleum Marketing Inc.'s Motion to Dismiss the Complaint" was served electronically on the following counsel of record:

>Basil C. Kollias, Esq.
>John C. Andrade, Esq.
>Parkowski, Guerke & Swayze, P.A.
>116 West Water Street
>Dover, Delaware  19903

/s/  Matt Neiderman
Matt Neiderman (I.D. No. 4018)

2

WLM\213184.1