## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY this 4th day of January, 2006, that a copy of the foregoing "Getty Petroleum Marketing Inc.'s Opening Brief in Support of its Motion to Dismiss the Complaint" was served electronically on the following counsel of record:

>Basil C. Kollias, Esq.
>John C. Andrade, Esq.
>Parkowski, Guerke & Swayze, P.A.
>116 West Water Street
>Dover, Delaware  19903

>/s/  Matt Neiderman
>Matt Neiderman (I.D. No. 4018)

WLM\213190.1