

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
DETROIT
BOSTON
WASHINGTON, DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
CHERRY HILL
HARRISBURG
BANGOR
PRINCETON
WESTCHESTER

MATT NEIDERMAN
DIRECT DIAL: 3026574920
E-MAIL: mneiderman@duanemorris.com

*www.duanemorris.com*

January 5, 2006

**BY HAND AND E-FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 North King Street, Room 4209
Lock Box 27
Wilmington, DE  19801

    Re:    **HSMY, Incorporated v. Getty Petroleum Marketing Inc.
              C.A. No. 05-818 (JJF)**

Dear Judge Farnan:

    Enclosed please find courtesy copies of Defendant Getty Petroleum Marketing Inc.'s Motion to Dismiss the Complaint and its Opening Brief in support thereof.

                                        Respectfully submitted,

                                        /s/  Matt Neiderman
                                        MATT NEIDERMAN (I.D. No. 4018)

MXN/sb
cc:    Clerk of Court (*by e-filing*)
        John C. Andrade, Esq. (*by e-filing*)

WLM\213214.1

DUANE MORRIS LLP

1100 NORTH MARKET STREET, SUITE 1200   WILMINGTON, DE 19801-1246   PHONE: 302.657.4900  FAX: 302.657.4901