

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
DETROIT
BOSTON
WASHINGTON, DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
CHERRY HILL
HARRISBURG
BANGOR
PRINCETON
WESTCHESTER

MATT NEIDERMAN
DIRECT DIAL: 3026574920
E-MAIL: mneiderman@duanemorris.com

*www.duanemorris.com*

January 9, 2006

**VIA E-FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 North King Street, Room 4209
Lock Box 27
Wilmington, DE  19801

    Re:    HSMY, Incorporated v. Getty Petroleum Marketing Inc.
             C.A. No. 05-818 (JJF)

Dear Judge Farnan:

    Enclosed for the Court's approval is a Rule 16 Scheduling Order in a form agreed to by the parties to the above-referenced action.

    We are available at the Court's convenience should Your Honor have any questions concerning this matter.

                             Respectfully submitted,

                             /s/  Matt Neiderman
                             MATT NEIDERMAN (I.D. No. 4018)

MN/sb
Enclosure
cc:    Clerk of Court (*by e-filing*)
        John C. Andrade, Esq. (*by e-filing*)