IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HSMY, Incorporated, a Delaware Corporation, a/k/a H.S.M.Y., Inc. | : | C. A. No. 05-818-JJF |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| GETTY PETROLEUM MARKETING, INC., a Maryland Corporation, | : | |
| | : | |
| Defendant. | : | |

## STIPULATED BRIEFING SCHEDULE

1.    Defendant's Opening Brief:        1/04/06.

2.    Plaintiff's Answering Brief:        2/03/06.

3.    Defendant's Reply Brief:        2/15/06.

**IT IS SO ORDERED** this _____ day of _____, 2006.

_____
HONORABLE JOSEPH J. FARNUM, JR.