LAW OFFICES

# PARKOWSKI, GUERKE & SWAYZE
PROFESSIONAL ASSOCIATION

116 WEST WATER STREET
P.O. BOX 598
DOVER, DELAWARE 19903
302-678-3262
FAX: 302-678-9415

F. MICHAEL PARKOWSKI
I. BARRY GUERKE
DAVID S. SWAYZE
CLAY T. JESTER
JEREMY W. HOMER
JOHN C. ANDRADE
MARK F. DUNKLE
WILLIAM A. DENMAN
MICHAEL W. ARRINGTON
CHRISTINE P. SCHILTZ
MICHAEL W. TEICHMAN
BASIL C. KOLLIAS
ANNE HARTNETT REIGLE

GEORGE F. GARDNER, III
OF COUNSEL

WILMINGTON OFFICE
800 KING STREET, SUITE 203
WILMINGTON, DE 19801-0369
302-654-3300
FAX: 302-654-3033

January 20, 2006

The Honorable Joseph J. Farnum, Jr.
United States District Court
District of Delaware
844 North King Street, Room 4209
Lock Box 27
Wilmington, DE 19801

RE: **HSMY, Incorporated vs. Getty Petroleum Marketing Inc.**
C. A. #05-818-JJF

Your Honor:

Enclosed for the Court's consideration, please find a [Proposed] Order regarding Defendant's Motion to Dismiss to which the parties have agreed. We are, of course, available at Your Honor's convenience should you wish to discuss this matter.

Respectfully submitted,

*/s/ John C. Andrade*
JOHN C. ANDRADE

*/s/ Basil C. Kollias*
BASIL C. KOLLIAS

JCA/BCK:ncs
cc: Matt Neiderman, Esquire
Enclosure