IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HSMY, Incorporated, a Delaware Corporation, a/k/a H.S.M.Y., Inc.<br><br>Plaintiff,<br><br>vs.<br><br>GETTY PETROLEUM MARKETING, INC., a Maryland Corporation,<br><br>Defendant. | C. A. No. 05-818-JJF |

## CERTIFICATE OF SERVICE

I, JOHN C. ANDRADE, ESQUIRE, hereby certify that on the 20th day of January, A.D. 2006, a true and correct copy of the STIPULATED BRIEFING SCHEDULE was sent via e-filing to the following opposing counsel:

>Matthew Neiderman, Esquire
>Duane Morris, LLP
>1100 North Market Street, Suite 1200
>Wilmington, DE 19801-1246

>PARKOWSKI, GUERKE & SWAYZE, P.A.
>
>**/s/ John C. Andrade**
>JOHN C. ANDRADE, ESQUIRE, I.D. No. 1037
>116 West Water Street, P. O. Box 598
>Dover, DE 19903
>(302) 678-3262
>Attorneys for Plaintiff

DATED: January 20, 2005