IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HSMY, Incorporated, a Delaware Corporation, a/k/a H.S.M.Y., Inc.<br><br>Plaintiff,<br><br>vs.<br><br>GETTY PETROLEUM MARKETING, INC., a Maryland Corporation,<br><br>Defendant. | C. A. No. 05-818-JJF |

**STIPULATED BRIEFING SCHEDULE**

1. Defendant's Opening Brief:   1/04/06.

2. Plaintiff's Answering Brief:   2/03/06.

3. Defendant's Reply Brief:   2/15/06.

**IT IS SO ORDERED** this 23 day of January, 2006.

_____
UNITED STATES DISTRICT COURT JUDGE