## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HSMY, Incorporated, <br> a Delaware Corporation, <br> a/k/a H.S.M.Y., Inc., <br><br> Plaintiff, <br><br> v. <br><br> GETTY PETROLEUM MARKETING <br> INC., a Maryland Corporation. <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> )   C.A. No. 05-818 (JJF) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 31st day of January, 2006, the undersigned caused true and correct copies of the foregoing "Initial Disclosures of Defendant Getty Petroleum Marketing Inc." to be served by Federal Express upon the following counsel of record:

> Basil C. Kollias, Esq.
> John C. Andrade, Esq.
> Parkowski, Guerke & Swayze, P.A.
> 116 West Water Street
> Dover, Delaware 19903

**DATED:** January 31, 2006

**OF COUNSEL:**

**DUANE MORRIS LLP**
Harvey Gurland, Jr., P.A. (*of the Florida Bar*)
200 South Biscayne Blvd., Suite 3400
Miami, Florida 33131
Tel: 305.960.2200
Fax: 305.960.2201

**DUANE MORRIS LLP**

/s/ Matt Neiderman
Matt Neiderman (Del. I.D. No. 4018)
1100 North Market Street, 12th Floor
Wilmington, Delaware 19801
Tel: 302.657.4900
Fax: 302.657.4901

*Attorneys for Defendant*
*Getty Petroleum Marketing Inc.*

WLM\213693.1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY this 31st day of January, 2006, that a copy of the foregoing "Notice of Service" was served electronically on the following counsel of record:

>Basil C. Kollias, Esq.
>John C. Andrade, Esq.
>Parkowski, Guerke & Swayze, P.A.
>116 West Water Street
>Dover, Delaware 19903

>/s/ Matt Neiderman
>MATT NEIDERMAN (Del. I.D. No. 4018)