IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HSMY, Incorporated, a Delaware Corporation, a/k/a H.S.M.Y., Inc.<br><br>    Plaintiff,<br><br>vs.<br><br>GETTY PETROLEUM MARKETING INC., a Maryland Corporation,<br><br>    Defendant. | C. A. No. 05-818-JJF |

## PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

Plaintiff, HSMY, Incorporated, ("HSMY") by its undersigned counsel, hereby provides its initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1). These disclosures represent information, documents and things reasonably available to HSMY at this time. HSMY is continuing its investigation and will supplement these disclosures, as required by the Federal Rules of Civil Procedure, with supplemental information, which has not already been disclosed in discovery, if and when it becomes available. To the extent documents include portions constituting privileged subject matter, disclosure of any discoverable portions shall not constitute any waiver of privilege with respect to the privileged subject matter.

**Rule 26(a)(1)(A):** The following individuals are likely to have discoverable information that HSMY may use to support its case:

1. Shima Hussin, Secretary, HSMY, Incorporated.

2. Wahab Hussin, President, HSMY, Incorporated.

**Rule 26(a)(1)(B):** The following is a description by category of documents, data compilations and tangible things in the possession, custody and control of HSMY that it may use to support its claims. These documents are in the control of HSMY and/or its attorneys:

    1.    Communications and correspondence between Getty and HSMY, Incorporated.

    2.    Contracts between Getty and HSMY, Incorporated.

**Rule 26(a)(1)(C):** The following is a description by category of documents, data computation and tangible things in the possession and control of HSMY that it may use to compute its damages. These documents are in the control of HSMY and/or its attorneys:

    1.    Financial spreadsheets and records received from Getty.

PARKOWSKI, GUERKE & SWAYZE, P.A.

*/s/ Basil C. Kollias*
BASIL C. KOLLIAS, ESQUIRE, I.D. #4063

*/s/ John C. Andrade*
JOHN C. ANDRADE, ESQUIRE, I.D. #1037
116 West Water Street, P. O. Box 598
Dover, DE  19903
(302) 678-3262
Attorneys for Plaintiff

DATED: February 3, 2006