IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HSMY, Incorporated, a Delaware Corporation, a/k/a H.S.M.Y., Inc.<br><br>Plaintiff,<br><br>vs.<br><br>GETTY PETROLEUM MARKETING INC., a Maryland Corporation,<br><br>Defendant. | C. A. No. 05-818-JJF |

## NOTICE OF SERVICE

I, JOHN C. ANDRADE, ESQUIRE, hereby certify that on the 3rd day of February, A.D. 2006, two true and correct copies of PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1) were served via first class mail upon the following opposing counsel:

> Matt Neiderman, Esquire
> DUANE MORRIS, LLP
> 1100 North Market Street, 12th Floor
> Wilmington, DE 19801

                              PARKOWSKI, GUERKE & SWAYZE, P.A.

                              /s/ John C. Andrade
                              JOHN C. ANDRADE, ESQUIRE, I.D. #1037
                              116 West Water Street, P. O. Box 598
                              Dover, DE  19903
                              (302) 678-3262
DATED:  February 3, 2006          Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HSMY, Incorporated, a Delaware Corporation, a/k/a H.S.M.Y., Inc.<br><br>           Plaintiff,<br><br>vs.<br><br>GETTY PETROLEUM MARKETING INC., a Maryland Corporation,<br><br>           Defendant. | C. A. No. 05-818-JJF |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY this 3rd day of February, 2006, that a copy of the foregoing Notice of Service was served electronically on the following counsel of record:

Matt Neiderman, Esquire
DUANE MORRIS, LLP
1100 North Market Street, 12th Floor
Wilmington, DE 19801

        PARKOWSKI, GUERKE & SWAYZE, P.A.

        */s/ John C. Andrade*
        JOHN C. ANDRADE, ESQUIRE, I.D. #1037
        116 West Water Street, P. O. Box 598
        Dover, DE  19903
        (302) 678-3262
DATED: February 3, 2006        Attorneys for Plaintiff