

*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
DETROIT
BOSTON
WASHINGTON, DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
CHERRY HILL
HARRISBURG
BANGOR
PRINCETON
WESTCHESTER

MATT NEIDERMAN
DIRECT DIAL: 3026574920
E-MAIL: mneiderman@duanemorris.com

*www.duanemorris.com*

February 15, 2006

**VIA E-FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 North King Street, Room 4209
Lock Box 27
Wilmington, DE  19801

      Re:    **HSMY, Incorporated v. Getty Petroleum Marketing Inc.
             C.A. No. 05-818 (JJF)**

Dear Judge Farnan:

      Enclosed for the Court's approval is an Amended Stipulated Briefing Schedule agreed to by the parties to the above-referenced action, which permits defendant Getty Petroleum Marketing Inc. a two-day extension of time to file its Reply Brief in further support of its Motion to Dismiss.

      We are available at the Court's convenience should Your Honor have any questions concerning this matter.

      Respectfully submitted,

      /s/  Matt Neiderman
      MATT NEIDERMAN (I.D. No. 4018)

MN/sb
Enclosure
cc:    Clerk of Court (*by e-filing*)
       John C. Andrade, Esq. (*by e-filing*)

DUANE MORRIS LLP

1100 NORTH MARKET STREET, SUITE 1200   WILMINGTON, DE 19801-1246        PHONE: 302.657.4900  FAX: 302.657.4901
DM1\557725.1