## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HSMY, Incorporated, | ) | |
| a Delaware Corporation, | ) | |
| a/k/a H.S.M.Y., Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 05-818 (JJF) |
| v. | ) | |
| | ) | |
| GETTY PETROLEUM MARKETING | ) | |
| INC., a Maryland Corporation. | ) | |
| | ) | |
| Defendant. | ) | |

### AMENDED STIPULATED BRIEFING SCHEDULE

1.    Defendant's Opening Brief:  January 14, 2006.

2.    Plaintiff's Answering Brief:  February 3, 2006.

3.    Defendant's Reply Brief:  February 17, 2006.


IT IS SO ORDERED, this _____ day of February, 2006.


_____
United States District Judge

DM1\557720.1