```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF DELAWARE
```

HSMY, INC., a Delaware           :
Corporation, a/k/a H.S.M.Y.,     :
Inc.,                            :
                                 :
         Plaintiff,              :
                                 :
    v.                           :   Civil Action No. 05-818-JJF
                                 :
GETTY PETROLEUM MARKETING,       :
INC., a Maryland Corporation,    :
                                 :
         Defendant.              :

## ORDER

At Wilmington, the ___2___ day of March 2006, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that Defendant's Motion To Dismiss The Complaint (D.I. 3) is **GRANTED IN PART AND DENIED IN PART** as set forth in the Court's Memorandum Opinion.

                                    /s/ Joseph J. Farnan
                                    _____
                                    UNITED STATES DISTRICT JUDGE