**DuaneMorris**

*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
LAKE TAHOE

MATT NEIDERMAN
DIRECT DIAL:  3026574920
*E-MAIL:*  mneiderman@duanemorris.com

*www.duanemorris.com*

March 8, 2006

**BY HAND AND E-FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 North King Street, Room 4209
Lock Box 27
Wilmington, DE  19801

      Re:  **HSMY, Incorporated v. Getty Petroleum Marketing Inc.**
            **C.A. No. 05-818 (JJF)**

Dear Judge Farnan:

      We represent Getty Petroleum Marketing Inc. ("Getty") and write with one small point of clarification relating to the Court's March 2, 2006 Memorandum Opinion. The final sentence on page 4 of the opinion states that the parties "do not dispute the existence of a contract or that Plaintiff was damaged." While Getty does not dispute the existence of a contract or that Plaintiff has alleged damages, Getty does dispute that Plaintiff sustained any damages. We apologize if we failed to make that position clear in our motion papers.

      We are available at the Court's convenience should Your Honor have any questions concerning this matter.

      Respectfully submitted,

      /s/  Matt Neiderman
      MATT NEIDERMAN (I.D. No. 4018)

MXN/sb
cc:    Clerk of Court (*by e-filing*)
      John C. Andrade, Esq. (*by e-filing*)
      Harvey W. Gurland, Jr., P.A. (*by e-filing*)

H:\Getty\Getty Letter to Judge Farnan.doc