## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HSMY, Incorporated,<br>a Delaware Corporation,<br>a/k/a H.S.M.Y., Inc.,<br><br>      Plaintiff,<br><br>      v.<br><br>GETTY PETROLEUM MARKETING<br>INC., a Maryland Corporation.<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 05-818 (JJF)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE on this 23rd day of March, 2006, that copies of Defendant Getty Petroleum Marketing, Inc.'s First Set of Interrogatories Directed to Plaintiff were served by regular mail on the following counsel of record:

> John Andrade, Esquire
> Parkowski, Guerke & Swayze, P.A.
> 116 West Water Street
> Dover, Delaware 19903

**DATED:** March 23, 2006

                                              **DUANE MORRIS LLP**

**OF COUNSEL:**

**DUANE MORRIS LLP**
Harvey Gurland, Jr., P.A. (*of the Florida Bar*)
200 South Biscayne Blvd., Suite 3400
Miami, Florida 33131
Tel:   305.960.2200
Fax:  305.960.2201

/s/ Matt Neiderman
Matt Neiderman (Del. I.D. No. 4018)
1100 North Market Street, 12th Floor
Wilmington, Delaware 19801
Tel:   302.657.4900
Fax:  302.657.4901

*Attorneys for Defendant*
*Getty Petroleum Marketing Inc.*

DM1\582557.1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY this 23rd day of March, 2006, that the foregoing Notice of Service was served by e-filing on the following counsel of record:

>John Andrade, Esquire
>Parkowski, Guerke & Swayze, P.A.
>116 West Water Street
>Dover, Delaware  19903

/s/  Matt Neiderman              _
MATT NEIDERMAN (I.D. No. 4018)