IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HSMY, Incorporated, a Delaware Corporation, a/k/a H.S.M.Y., Inc. : | C. A. No. 05-818-JJF |
| Plaintiff, : | |
| vs. : | |
| GETTY PETROLEUM MARKETING INC., a Maryland Corporation, : | |
| Defendant. : | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY this 24th day of April, 2006, that a copy of the foregoing Notice of Service was served electronically on the following counsel of record:

Matt Neiderman, Esquire
DUANE MORRIS, LLP
1100 North Market Street, 12th Floor
Wilmington, DE 19801

PARKOWSKI, GUERKE & SWAYZE, P.A.

/s/ John C. Andrade
JOHN C. ANDRADE, ESQUIRE, I.D. #1037
116 West Water Street, P. O. Box 598
Dover, DE 19903
(302) 678-3262
Attorneys for Plaintiff

DATED: April 24, 2006