IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HSMY, Incorporated, a Delaware Corporation, a/k/a H.S.M.Y., Inc.<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>GETTY PETROLEUM MARKETING INC., a Maryland Corporation,<br><br>　　　　　　Defendant. | C. A. No. 05-818-JJF |

## NOTICE OF SERVICE

I, JOHN C. ANDRADE, ESQUIRE, hereby certify that on the 24th day of April, A.D. 2006, two true and correct copies of PLAINTIFF'S ANSWERS TO DEFENDANT'S FIRST SET OF REQUEST FOR PRODUCTION OF DOCUMENTS were served via first class mail upon the following opposing counsel:

>Matt Neiderman, Esquire
>DUANE MORRIS, LLP
>1100 North Market Street, 12th Floor
>Wilmington, DE 19801

>PARKOWSKI, GUERKE & SWAYZE, P.A.
>
>*/s/ John C. Andrade*
>JOHN C. ANDRADE, ESQUIRE, I.D. #1037
>116 West Water Street, P. O. Box 598
>Dover, DE 19903
>(302) 678-3262
>Attorneys for Plaintiff

DATED: April 24, 2006