IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HSMY, Incorporated, a Delaware Corporation, a/k/a H.S.M.Y., Inc.<br><br>            Plaintiff,<br><br>vs.<br><br>GETTY PETROLEUM MARKETING INC., a Maryland Corporation,<br><br>            Defendant. | C. A. No. 05-818-JJF |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY this 24th day of April, 2006, that a copy of the foregoing Notice of Service was served electronically on the following counsel of record:

    Matt Neiderman, Esquire
    DUANE MORRIS, LLP
    1100 North Market Street, 12th Floor
    Wilmington, DE 19801

                                      PARKOWSKI, GUERKE & SWAYZE, P.A.

                                      */s/ John C. Andrade*
                                      JOHN C. ANDRADE, ESQUIRE, I.D. #1037
                                      116 West Water Street, P. O. Box 598
                                      Dover, DE  19903
                                      (302) 678-3262
DATED:  April 24, 2006                 Attorneys for Plaintiff