## CERTIFICATE OF SERVICE

I HEREBY CERTIFY this 21st day of June, 2006, that a true and correct copy of the foregoing "Motion to Compel" was served by e-filing to counsel below:

>Basil C. Kollias, Esq.
>John C. Andrade, Esq.
>Parkowski, Guerke & Swayze, P.A.
>116 West Water Street
>P.O. Box 598
>Dover, Delaware  19903

>/s/  Matt Neiderman
>MATT NEIDERMAN (I.D. No. 4018)