# EXHIBIT "B"

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HSMY, Incorporated,<br>a Delaware Corporation,<br>a/k/a H.S.M.Y., Inc.,<br><br>   Plaintiff,<br><br>  v.<br><br>GETTY PETROLEUM MARKETING<br>INC., a Maryland Corporation.<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 05-818 (JJF) |

**PLAINTIFF'S ANSWERS TO
DEFENDANT'S FIRST REQUEST
FOR PRODUCTION OF DOCUMENTS**

  1. All documents referred to or relied upon by you in responding to Getty's First Set of Interrogatories Directed to Plaintiff.

**ANSWER:** As referenced by Interrogatory number:

  Interrogatory No. 1: Damages report to be prepared by Plaintiff's expert.

  Interrogatory No. 2: Delivery Sheets and Invoices in Getty's possession.

  Interrogatory No. 5: Market Survey required to be prepared by Getty under TCVA Program - in Getty's possession; Request for TCVA assistance - in Getty's possession.

  Interrogatory No. 10: Correspondence between Getty and HSMY and/or Shima and Wahab Hussin.

  2. All documents identified by you in your responses to Getty's First Set of Interrogatories Directed to Plaintiff.

**ANSWER:** See answer to number 1 above.

3. All documents referring to, reflecting or evidencing any damages incurred by you for which you seek recovery in this action.

**ANSWER:** **Plaintiff is still compiling those documents in connection with the damage assessment report to be completed by Charles H. Sterner, CPA. The documents included in that report and referred to by Mr. Sterner will be identified and made available to the Defendant.**

4. All documents reflecting or referring to communications between you and Getty relating to any of the allegations of the Amended Complaint including, without limitation, any communications between you and Getty relating to the prices charged to you by Getty for motor fuel or the use of electronic funds transfer.

**ANSWER:** Documents to be produced by Getty would be as follows:

- Copies of TCVA price surveys applicable to HSMY service area for December 1, 2001 through April 30, 2003.

- Copies of TCVA responses applicable to HSMY service area received from Corporate Pricing Administrator for December 1, 2001 through April 30, 2003.

- Accounts receivable report for account #86597 for January 1, 2001 through April 30, 2003.

- Accounts receivable report for account #86357 for January 1, 2001 through April 30, 2003.

- Records reflecting daily fuel product pricing available to HSMY for December 1, 2001 through April 30, 2003.

- Records reflecting daily "rack price" of fuel products in HSMY service area for December 1, 2001 through April 30, 2003.

- Records reflecting daily "dealer tank wagon" price of fuel products in HSMY service area for December 1, 2001 through April 30, 2003.

- Any information in possession of Getty Petroleum Marketing regarding sales of retail gas locations similar to HSMY (sales volume within 25% +/-) located within a fifty mile radius, said sales occurring during 2002 or 2003.

**In addition, Plaintiff has Invoices from Getty, Credit Card Settlement Remittance Advice, TCVA documents, EFT documents and related documents produced by Getty on a daily or nearly daily basis. Plaintiff also has Fleet Credit Memo Detail sheets and Getty Receipts for payments.**

5. All documents relating to your sale of the New Castle Station on or about March 30, 2003, as described in paragraph 26 of the Amended Complaint, including, without limitation, all appraisals, listing agreements, purchase offers, terms sheets and all other documents referring or reflecting to the offering, negotiation, sale or closing of the sale of the New Castle Station.

**ANSWER:** **Standard Marketing Agreement dated January 20, 2003.**

**Asset Purchase Agreement dated February 20, 2003.**

6. All documents relating to your turnover of the Elkton Road Station to Getty on or about March 30, 2003, as described in paragraph 25 of the Amended Complaint.

**ANSWER:** **Asset Purchase Agreement dated January, 2003.**

**Release from Agreement of Sale dated February 27, 2003.**

**Mutual Cancellation of Lease and Lessee Supple Contract dated February 28, 2003.**

**Handwritten notes by Getty representative.**

7. All documents reflecting or referring to any communications between you and any Delaware Getty dealer or lessee, past or present, relating to this action or the allegations of the Amended Complaint.

3

**ANSWER:   Communications were verbal, not written.**

8.  All documents reflecting or referring to any agreements between you and Getty relating to the Elkton Road Station or the New Castle Station.

**ANSWER:   Just the agreements that are already in Getty's possession and the correspondence between Getty and HSMY that Plaintiff had in its possession are attached.**

9.  All federal, state and local tax returns which cover any part of the period from January 1, 2001 to December 31, 2003 for you or any person who owned or derived revenues from the Elkton Road Station or the New Castle Station.

**ANSWER:   For 2001 attached. No federal, state or local returns were prepared for 2002 and 2003. They are being prepared and will be produced when they are filed.**

10. All profit and loss statements, income statements, balance sheets, asset or liability statements, general ledgers, accounts payable journal, accounts receivable journal, audited and unaudited financial statements, financial projections or other financial documents relating to the Elkton Road Station or the New Castle Station for any part of the period of January 1, 2001 to December 31, 2003.

**ANSWER:   To the extent that they have been located by the Plaintiff they are attached. Plaintiff is continuing to search for such documents and they will be produced if and when they are located.**

11. All documents reflecting minutes or notes of any meetings of your directors or officers for the period January 1, 2001 to December 31, 2003.

4

Case 1:05-cv-00818-JJF    Document 30-4    Filed 06/21/2006    Page 6 of 7

**ANSWER:** **None have been discovered as of the time of this response. If any are located they will be produced.**

12. All documents that reflect or refer to the prices charge by stations with which you contend the Elkton Road Station or the New Castle Station competed for the sale of motor fuel for the period January 1, 2001 to December 31, 2003.

**ANSWER:** **None are in Plaintiff's possession, documents reflecting the information are being requested from Getty and as part of the agreement are to be in Getty's possession.**

13. All documents that reflect or refer to the purchase of motor fuel by you or delivery of motor fuel to you for sale at the Elkton Road Station or the New Castle Station whether from Getty or any other source for the period January 1, 2001 to December 31, 2003.

**ANSWER:** **The Invoices and Bills of Lading would reflect this. These documents are in Getty's possession and are available for review by Defendant and any documents not in Defendant's possession will be produced by Plaintiff at Defendant's request.**

14. All documents that reflect or refer to the account balances or account statements of accounts you used for electronic funds transfer pursuant to the Agreements for the Elkton Road Station or the New Castle Station for the period January 1, 2001 to December 31, 2003.

**ANSWER:** **The EFT Pre-Authorization Payment Invoices are in Getty's possession and are available for review by Defendant and any**

5

**documents not in Defendant's possession will be produced by Plaintiff at Defendant's request.**

15. All documents reflecting or referring to returned electronic funds transfers for the Elkton Road Station or the New Castle Station for the period January 1, 2001 to December 31, 2003.

**ANSWER:    See answers to Request numbers 4 and 14.**

16. All other documents not otherwise requested herein relating to the allegations of the Amended Complaint or upon which you intend to rely to prove the allegations of the Amended Complaint.

**ANSWER:    All documents in Plaintiff's possession upon which Plaintiff intends to rely to prove the allegations of the Amended Complaint have been referenced or produced. Plaintiff reserves the right to supplement this response after Getty responds to Plaintiff's Request for Production of Documents.**

17. All agreements you entered into with Getty.

**ANSWER:    See answer to Request number 8.**

PARKOWSKI, GUERKE & SWAYZE, P.A.

  _/s/ John C. Andrade_
JOHN C. ANDRADE, ESQUIRE, I.D. #1037
116 West Water Street, P. O. Box 598
Dover, DE  19903
(302) 678-3262

DATED: April 24, 2006        Attorneys for Plaintiff

6