IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HSMY, Incorporated, a Delaware Corporation, a/k/a H.S.M.Y., Inc.,<br><br>    Plaintiff,<br><br>vs.<br><br>GETTY PETROLEUM MARKETING INC., a Maryland Corporation,<br><br>    Defendant. | C. A. No. 05-818-JJF |

## NOTICE OF SERVICE

I, JOHN C. ANDRADE, ESQUIRE, hereby certify that on the 27th day of June, A.D. 2006, two true and correct copies of PLAINTIFF'S FIRST SET OF REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO DEFENDANT were served via first class mail upon the following opposing counsel:

  Matt Neiderman, Esquire
  DUANE MORRIS, LLP
  1100 North Market Street, 12th Floor
  Wilmington, DE 19801

           PARKOWSKI, GUERKE & SWAYZE, P.A.

           */s/ John C. Andrade*
           JOHN C. ANDRADE, ESQUIRE, I.D. #1037
           116 West Water Street, P. O. Box 598
           Dover, DE  19903
           (302) 678-3262
DATED: June 27, 2006       Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HSMY, Incorporated, a Delaware Corporation, :<br>a/k/a H.S.M.Y., Inc. | C. A. No. 05-818-JJF |
|       Plaintiff, | |
| vs. | |
| GETTY PETROLEUM MARKETING INC.,<br>a Maryland Corporation, | |
|       Defendant. | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY this 27th day of June, 2006, that a copy of the foregoing Notice of Service was served electronically on the following counsel of record:

  Matt Neiderman, Esquire
  DUANE MORRIS, LLP
  1100 North Market Street, 12th Floor
  Wilmington, DE 19801

           PARKOWSKI, GUERKE & SWAYZE, P.A.

           **/s/ John C. Andrade**
           JOHN C. ANDRADE, ESQUIRE, I.D. #1037
           116 West Water Street, P. O. Box 598
           Dover, DE  19903
           (302) 678-3262
DATED:  June 27, 2006      Attorneys for Plaintiff