IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

HSMY, Incorporated, a Delaware :
Corporation, a/k/a H.S.M.Y., Inc., :
                                      :
      Plaintiff,            :
                                      :
  v.                               : Civil Action No. 05-818-JJF
                                      :
GETTY PETROLEUM MARKETING INC., a :
Maryland Corporation, :
                                     :
      Defendant.         :

MEMORANDUM ORDER

Pending before the Court is Defendant's Motion To Compel (D.I. 30) seeking damages discovery, in various forms, from Plaintiff. In its Response (D.I. 33), Plaintiff argues several reasons why is has not provided the discovery requested by Defendant.[1]

Reviewing the relevant interrogatory responses, the Court concludes that Plaintiff is required to provide Defendant with the documents and contentions that support its damages claims. Accordingly, Plaintiff shall produce all documents that support its claim for damages and further, answer all interrogatories requesting information concerning all damages and theories

---

[1] Although the electronic filing has the correct exhibit, the Court notes that the courtesy copy of Defendant's Motion contains Plaintiff's First Set of Interrogatories Directed to Defendant as Exhibit A, instead of HSMY's responses to Getty's First Interrogatories. In addition, the courtesy copy of Plaintiff's Response did not contain the letter referenced in the Response as Exhibit A, although the electronic filing contained the letter attachment.

calculations by **Friday, August 25, 2006.**

The parties' requests for fees and costs are denied.

So Ordered.

July 17, 2006
Date

/s/ Joseph J. Farnan
UNITED STATES DISTRICT JUDGE