# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HSMY, Incorporated,<br>a Delaware Corporation,<br>a/k/a H.S.M.Y., Inc.,<br><br>     Plaintiff,<br><br>     v.<br><br>GETTY PETROLEUM MARKETING<br>INC., a Maryland Corporation.<br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 05-818 (JJF)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on this 22nd day of August, 2006, copies of Defendant's

Answers to Plaintiff's First Set of Interrogatories were served by regular mail on the following

counsel of record:

> John Andrade, Esquire
> Parkowski, Guerke & Swayze, P.A.
> 116 West Water Street
> Dover, Delaware  19903

**DATED:** August 22, 2006

                                       **DUANE MORRIS LLP**

**OF COUNSEL:**

**DUANE MORRIS LLP**
Harvey Gurland, Jr., P.A. (*of the Florida Bar*)
200 South Biscayne Blvd., Suite 3400
Miami, Florida  33131
Tel:    305.960.2200
Fax:   305.960.2201

/s/ Matt Neiderman
Matt Neiderman (Del. I.D. No. 4018)
1100 North Market Street, 12th Floor
Wilmington, Delaware  19801
Tel:    302.657.4900
Fax:   302.657.4901

*Attorneys for Defendant*
*Getty Petroleum Marketing Inc.*

DM1\582557.1

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY this 22nd day of August, 2006, that the foregoing "Notice of Service" was served by e-filing on the following counsel of record:

John Andrade, Esquire
Parkowski, Guerke & Swayze, P.A.
116 West Water Street
Dover, Delaware  19903

/s/  Matt Neiderman
MATT NEIDERMAN (I.D. No. 4018)