IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HSMY, Incorporated,<br>a Delaware Corporation,<br>a/k/a H.S.M.Y., Inc., )<br><br>      Plaintiff, )<br><br>      v. )<br><br>GETTY PETROLEUM MARKETING<br>INC., a Maryland Corporation. )<br><br>      Defendant. ) | C.A. No. 05-818 (JJF) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE on this 24th day of August 2006, that a copy of Defendant's Objections and Responses to Plaintiff's First Request for Production of Documents was served by U.S. Mail on the following counsel of record:

> John Andrade, Esquire
> Parkowski, Guerke & Swayze, P.A.
> 116 West Water Street
> Dover, Delaware 19903

**DATED:** August 24, 2006

                                              **DUANE MORRIS LLP**

**OF COUNSEL:**

**DUANE MORRIS LLP**
Harvey Gurland, Jr., P.A. (*of the Florida Bar*)
200 South Biscayne Blvd., Suite 3400
Miami, Florida 33131
Tel: 305.960.2200
Fax: 305.960.2201

/s/ Matt Neiderman
Matt Neiderman (Del. I.D. No. 4018)
1100 North Market Street, 12th Floor
Wilmington, Delaware 19801
Tel: 302.657.4900
Fax: 302.657.4901

*Attorneys for Defendant*
*Getty Petroleum Marketing Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY this 24th day of August, 2006, that the foregoing Notice of Service was served by e-filing on the following counsel of record:

> John Andrade, Esquire
> Parkowski, Guerke & Swayze, P.A.
> 116 West Water Street
> Dover, Delaware 19903

/s/ Matt Neiderman
MATT NEIDERMAN (I.D. No. 4018)