## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HSMY, Incorporated, ) | |
| a Delaware Corporation, ) | |
| a/k/a H.S.M.Y., Inc., ) | |
|     Plaintiff, ) | |
| ) | C.A. No. 05-818 (JJF) |
| v. ) | |
| ) | |
| GETTY PETROLEUM MARKETING ) | |
| INC., a Maryland Corporation. ) | |
|     Defendant. ) | |

## NOTICE OF RULE 30(b)(6) DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30(b)(6), defendant, Getty Petroleum Marketing Inc. ("Getty"), by and through its undersigned counsel, will take the deposition of plaintiff, HSMY, Incorporated ("HSMY"), before a notary public or other officer authorized by law to administer oaths, with such deposition to be recorded by audio and video recording devices and/or stenographer, on September 13, 2006, beginning at 9:00 a.m. and continuing from day to day until completed, at the offices of Duane Morris LLP, 1100 North Market Street, Wilmington, Delaware 19801.

Examination is requested on the matters described in Exhibit "A" attached hereto and incorporated by reference herein. Pursuant to Fed. R. Civ. P. 30(b)(6), HSMY shall designate one or more officers, agents or other persons who consent to testify on its behalf with respect to each of those matters and may set forth, for each such person designated, the matters about which the person will testify.

| | |
|---|---|
| **DATED:** August 25, 2006 | **DUANE MORRIS LLP** |
| **OF COUNSEL:** | /s/ Matt Neiderman<br>Matt Neiderman (Del. I.D. No. 4018) |
| **DUANE MORRIS LLP**<br>Harvey W. Gurland, Jr., P.A. (*of the Florida Bar admitted pro hac vice*)<br>200 South Biscayne Blvd., Suite 3400<br>Miami, Florida  33131<br>Tel:    305.960.2200<br>Fax:   305.960.2201 | 1100 North Market Street, 12th Floor<br>Wilmington, Delaware  19801<br>Tel:    302.657.4900<br>Fax:   302.657.4901<br><br>*Attorneys for Defendant*<br>*Getty Petroleum Marketing Inc.* |