## -EXHIBIT A-

SCHEDULE OF MATTERS ON WHICH EXAMINATION IS REQUESTED

1. The allegations of the Amended Complaint filed by HSMY in the above-captioned civil action, including the damages claimed by HSMY therein and the calculation of such damages.

2. The operations of the motor fuel and convenience store businesses owned or operated by HSMY and located at Basin Road and Frenchtown Turnpike in New Castle, Delaware (the "New Castle Station") and at Elkton Road in Newark, Delaware (the "Elkton Road Station"), including the purchase and resale of and payment for motor fuel and the payment by HSMY of amounts owed to Getty.

3. All contracts or other agreements between HSMY and Getty, including the negotiation, performance and termination thereof.

4. The financial results from the operation of the New Castle Station and Elkton Road Station motor fuel and convenience store businesses owned or operated by HSMY.

5. All communications between HSMY or any of its agents, officers or directors and any other person concerning the allegations contained in the Amended Complaint filed by HSMY in the above-captioned civil action.

6. The nature and ownership of HSMY, including the identities of its officers and directors.

7. HSMY's answers to Getty's Interrogatories and HSMY's responses to Getty's Requests for the Production of Documents in this action.

8. The subject matter of the documents produced by HSMY in this action.

DM1\681139.1