## CERTIFICATE OF SERVICE

I HEREBY CERTIFY this 25th day of August, 2006, that a true and correct copy of the foregoing "Notice of Rule 30(b)(6) Deposition" was served by e-filing to counsel below:

>John C. Andrade, Esq.
>Parkowski, Guerke & Swayze, P.A.
>116 West Water Street
>Dover, Delaware 19903

/s/ Matt Neiderman
MATT NEIDERMAN (I.D. No. 4018)