## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HSMY, Incorporated,<br>a Delaware Corporation,<br>a/k/a H.S.M.Y., Inc.,<br>    Plaintiff,<br><br>    v.<br><br>GETTY PETROLEUM MARKETING<br>INC., a Maryland Corporation.<br>    Defendant. | )<br>)<br>)<br>)<br>)  C.A. No. 05-818 (JJF)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that Getty Petroleum Marketing Inc. ("Getty"), by and through its undersigned counsel, will take the deposition of plaintiff HSMY, Inc., by Shima Hussin, before a notary public or other officer authorized by law to administer oaths, with such deposition to be recorded by a stenographer and videographer, on September 14, 2006, beginning at 9:00 a.m. and continuing from day to day until completed, at the offices of Duane Morris LLP, 1100 North Market Street, Wilmington, Delaware 19801.

**DATED:** August 25, 2006                    **DUANE MORRIS LLP**

**OF COUNSEL:**                               /s/ Matt Neiderman
                                             Matt Neiderman (Del. I.D. No. 4018)
**DUANE MORRIS LLP**                         1100 North Market Street, 12th Floor
Harvey W. Gurland, Jr., P.A. (*of the*       Wilmington, Delaware  19801
*Florida Bar admitted pro hac vice*)         Tel:   302.657.4900
200 South Biscayne Blvd., Suite 3400         Fax:   302.657.4901
Miami, Florida  33131
Tel:   305.960.2200
Fax:   305.960.2201                          *Attorneys for Defendant*
                                             *Getty Petroleum Marketing Inc.*

cc:  Corbett & Associates (via facsimile)