## CERTIFICATE OF SERVICE

I HEREBY CERTIFY this 25th day of August, 2006, that a true and correct copy of the

foregoing "Notice of Deposition" was served by e-filing to counsel below:

> Basil C. Kollias, Esq.
> John C. Andrade, Esq.
> Parkowski, Guerke & Swayze, P.A.
> 116 West Water Street
> P.O. Box 598
> Dover, Delaware  19903

/s/  Matt Neiderman
MATT NEIDERMAN (I.D. No. 4018)