## CERTIFICATE OF SERVICE

I HEREBY CERTIFY this 28th day of September, 2006, that a true and correct copy of the foregoing "Re-Notice of Rule 30(b)(6) Deposition" was served by e-filing to counsel below:

> John C. Andrade, Esq.
> Parkowski, Guerke & Swayze, P.A.
> 116 West Water Street
> Dover, Delaware  19903

/s/  Matt Neiderman
MATT NEIDERMAN (I.D. No. 4018)