## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HSMY, Incorporated, ) | |
| a Delaware Corporation, ) | |
| a/k/a H.S.M.Y., Inc., ) | |
| Plaintiff, ) | |
| ) | C.A. No. 05-818 (JJF) |
| v. ) | |
| ) | |
| GETTY PETROLEUM MARKETING ) | |
| INC., a Maryland Corporation. ) | |
| Defendant. ) | |

### RE-NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that Getty Petroleum Marketing Inc. ("Getty"), by and through its undersigned counsel, will take the deposition of plaintiff HSMY, Inc., by Shima Hussin, before a notary public or other officer authorized by law to administer oaths, with such deposition to be recorded by a stenographer and videographer, on October 5, 2006, beginning at 9:00 a.m. and continuing from day to day until completed, at the offices of Parkowski, Guerke & Swayze, 116 West Water Street, Dover, Delaware 19903.

**DATED:** September 28, 2006            **DUANE MORRIS LLP**

**OF COUNSEL:**                                       /s/ Matt Neiderman
                                                                  Matt Neiderman (Del. I.D. No. 4018)
**DUANE MORRIS LLP**                        1100 North Market Street, 12th Floor
Harvey W. Gurland, Jr., P.A. (*of the*      Wilmington, Delaware 19801
*Florida Bar admitted pro hac vice*)         Tel:    302.657.4900
200 South Biscayne Blvd., Suite 3400     Fax:   302.657.4901
Miami, Florida 33131
Tel:    305.960.2200
Fax:   305.960.2201
                                                                  *Attorneys for Defendant*
                                                                  *Getty Petroleum Marketing Inc.*