**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| HSMY, Incorporated, )<br>a Delaware Corporation, )<br>a/k/a H.S.M.Y., Inc., )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>GETTY PETROLEUM MARKETING )<br>INC., a Maryland Corporation. )<br>        Defendant. ) | C.A. No. 05-818 (JJF) |

**RE-NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE that Getty Petroleum Marketing Inc. ("Getty"), by and through its undersigned counsel, will take the deposition of plaintiff HSMY, Inc., by Wahab Hussin, before a notary public or other officer authorized by law to administer oaths, with such deposition to be recorded by a stenographer and videographer, on October 4, 2006, beginning at 1:00 p.m. and continuing from day to day until completed, at the offices of Parkowski, Guerke & Swayze, 116 West Water Street, Dover, Delaware 19903.

**DATED:** September 28, 2006      **DUANE MORRIS LLP**

**OF COUNSEL:**

/s/ Matt Neiderman
Matt Neiderman (Del. I.D. No. 4018)

**DUANE MORRIS LLP**
Harvey W. Gurland, Jr., P.A. (*of the Florida Bar admitted pro hac vice*)
200 South Biscayne Blvd., Suite 3400
Miami, Florida 33131
Tel: 305.960.2200
Fax: 305.960.2201

1100 North Market Street, 12th Floor
Wilmington, Delaware 19801
Tel: 302.657.4900
Fax: 302.657.4901

*Attorneys for Defendant*
*Getty Petroleum Marketing Inc.*