IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HSMY, Incorporated, a Delaware Corporation, a/k/a H.S.M.Y., Inc. : | C. A. No. 05-818-JJF |
| Plaintiff, : | |
| vs. : | |
| GETTY PETROLEUM MARKETING INC., a Maryland Corporation, : | |
| Defendant. : | |

### NOTICE OF SERVICE

I, JOHN C. ANDRADE, ESQUIRE, hereby certify that on the 29th day of September, A.D. 2006, two true and correct copies of PLAINTIFF'S SUPPLEMENTAL ANSWERS TO DEFENDANT'S FIRST SET OF INTERROGATORIES DIRECTED TO PLAINTIFF were served via first class mail upon the following opposing counsel:

Matt Neiderman, Esquire
DUANE MORRIS, LLP
1100 North Market Street, 12th Floor
Wilmington, DE 19801

PARKOWSKI, GUERKE & SWAYZE, P.A.

/s/ John C. Andrade
JOHN C. ANDRADE, ESQUIRE, I.D. #1037
116 West Water Street, P. O. Box 598
Dover, DE  19903
(302) 678-3262
Attorneys for Plaintiff

DATED: September 29, 2006