IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HSMY, Incorporated, a Delaware corporation, a/k/a H.S.M.Y., Inc., | : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | : Civil Action No. 05-818-JJF <br> : |
| GETTY PETROLEUM MARKETING, INC., a Maryland corporation, | : <br> : <br> : |
| Defendant. | : |

## **ORDER**

At Wilmington this **3rd** day of **October, 2006**,

IT IS ORDERED that the mediation conference scheduled for Tuesday, October 17, 2006 at 9:00 a.m. is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE