IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HSMY, Incorporated, a Delaware Corporation, a/k/a H.S.M.Y., Inc.<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>GETTY PETROLEUM MARKETING INC., a Maryland Corporation,<br><br>　　　　　　　Defendant. | C. A. No. 05-818-JJF |

## NOTICE OF DEPOSITION

Please take notice that HSMY, Incorporated ("HSMY"), by and through its undersigned counsel, will take the deposition of Defendant, GETTY PETROLEUM MARKETING INC. ("Getty"), by Paul Gold, Regional Sales Manager, before a notary public or other officer authorized by law to administer oaths, with such deposition to be recorded by a stenographer on October 12, 2006 beginning at 11:00 a.m. and continuing until completed, at the offices of DUANE MORRIS LLP, 1100 North Market Street, 12th Floor, Wilmington, Delaware 19801.

　　　　　　　　　　　　　　　PARKOWSKI, GUERKE & SWAYZE, P.A.

　　　　　　　　　　　　　　　/s/ John C. Andrade
　　　　　　　　　　　　　　　JOHN C. ANDRADE, ESQUIRE, I.D. #1037
　　　　　　　　　　　　　　　116 West Water Street, P. O. Box 598
　　　　　　　　　　　　　　　Dover, DE  19903
　　　　　　　　　　　　　　　(302) 678-3262
DATED:  October 5, 2006　　　Attorneys for Plaintiff

cc:   Lorena J. Hartnett

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HSMY, Incorporated, a Delaware Corporation, a/k/a H.S.M.Y., Inc.<br><br>Plaintiff,<br><br>vs.<br><br>GETTY PETROLEUM MARKETING INC., a Maryland Corporation,<br><br>Defendant. | C. A. No. 05-818-JJF |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY this 5th day of October, 2006, that a copy of the foregoing

NOTICE OF DEPOSITION was served electronically on the following counsel of record:

Matt Neiderman, Esquire
DUANE MORRIS, LLP
1100 North Market Street, 12th Floor
Wilmington, DE 19801

PARKOWSKI, GUERKE & SWAYZE, P.A.

**/s/ John C. Andrade**
JOHN C. ANDRADE, ESQUIRE, I.D. #1037
116 West Water Street, P. O. Box 598
Dover, DE 19903
(302) 678-3262
Attorneys for Plaintiff