IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HSMY, Incorporated, a Delaware Corporation, a/k/a H.S.M.Y., Inc. : | C. A. No. 05-818-JJF |
| Plaintiff, : | |
| vs. : | |
| GETTY PETROLEUM MARKETING INC., a Maryland Corporation, : | |
| Defendant. : | |

### NOTICE OF RULE 30(b)(6) DEPOSITION

Please take notice that, pursuant to Federal Rule of Civil Procedure 30(b)(6), Plaintiff, HSMY, Incorporated ("HSMY"), by and through its undersigned counsel, will take the deposition of Defendant, GETTY PETROLEUM MARKETING, INC. ("Getty"), before a notary public or other officer authorized by law to administer oaths, with such deposition to be recorded by a stenographer on October 12, 2006, beginning at 1:00 p.m. and continuing until completed, at the offices of DUANE MORRIS LLP, 1100 North Market Street, 12th Floor, Wilmington, Delaware 19801.

Examination is requested on the matters described in Exhibit "A" attached hereto and incorporated by reference herein. Pursuant to Fed. R. Civ. P. 30(b)(6), Getty shall designate one or more officers, agents or other persons who consent to testify on its behalf with respect to each of those matters and may set forth, for each such person designated, the matters about which the person will testify.

PARKOWSKI, GUERKE & SWAYZE, P.A.

/s/ John C. Andrade
JOHN C. ANDRADE, ESQUIRE, I.D. #1037
116 West Water Street, P. O. Box 598
Dover, DE 19903
(302) 678-3262
Attorneys for Plaintiff

DATED: October 5, 2006

## EXHIBIT A

## SCHEDULE OF MATTERS ON WHICH EXAMINATION IS REQUESTED

1.  All financial records of Getty Petroleum Marketing Inc. for its Delaware operations.

2.  All communications between Getty Petroleum Marketing Inc. and any of its agents, officers or directors and any other person concerning HSMY.

3.  All communications between Getty Petroleum Marketing Inc. or any of its agents, officers or directors and any other person concerning The State of Delaware Division of Motor Fuel Sales.

4.  Information as to the status and disposition of the security deposits paid to Getty Petroleum Marketing Inc. by HSMY.

5.  Information as to the status and disposition of the monies retained by Getty Petroleum Marketing Inc. upon the sale of the New Castle Station.

6.  Reasons for termination of HSMY's New Castle and Elkton road stations.

7.  All contracts or other agreements between HSMY and Getty Petroleum Marketing Inc. including the negotiation, performance and termination thereof.

8.  Getty Petroleum Marketing Inc.'s method of processing EFT transactions from its Delaware operations, including credit card processing companies used, and turnaround times for Getty Petroleum Marketing Inc.'s receipt of the funds from the processing companies to Getty Petroleum Marketing Inc.'s transfer of the funds into its Delaware franchisees' accounts.

9.  Getty Petroleum Marketing Inc.'s TCVA program.

10. The Market Surveys performed by Getty Petroleum Marketing Inc..

11. Getty Petroleum Marketing Inc.'s answers to HSMY's Interrogatories and Getty Petroleum Marketing Inc.'s responses to HSMY's Request for Production of Documents in this action.

12. The subject matter of the documents produced by Getty Petroleum Marketing Inc. in this action.

13. All items alleged in the Complaint.

14. The nature and ownership of Getty Petroleum Marketing Inc. including the identities of its directors and officers.

15. The relationship between Getty Petroleum Marketing Inc. and Lukoil.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HSMY, Incorporated, a Delaware Corporation, a/k/a H.S.M.Y., Inc.<br><br>Plaintiff,<br><br>vs.<br><br>GETTY PETROLEUM MARKETING INC., a Maryland Corporation,<br><br>Defendant. | C. A. No. 05-818-JJF |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY this 5th day of October, 2006, that a copy of the foregoing NOTICE OF RULE 30(b)(6) DEPOSITION was served electronically on the following counsel of record:

Matt Neiderman, Esquire
DUANE MORRIS, LLP
1100 North Market Street, 12th Floor
Wilmington, DE 19801

PARKOWSKI, GUERKE & SWAYZE, P.A.

*/s/ John C. Andrade*
JOHN C. ANDRADE, ESQUIRE, I.D. #1037
116 West Water Street, P. O. Box 598
Dover, DE 19903
(302) 678-3262
Attorneys for Plaintiff