**Duane Morris**

*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE

MATT NEIDERMAN
DIRECT DIAL: 3026574920
E-MAIL: mneiderman@duanemorris.com

*www.duanemorris.com*

October 11, 2006

**VIA E-FILING AND HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 North King Street, Room 4209
Lock Box 27
Wilmington, DE  19801

      Re:    **HSMY, Incorporated v. Getty Petroleum Marketing Inc.
              C.A. No. 05-818 (JJF)**

Dear Judge Farnan:

      I wrote on behalf of both parties to the referenced action.  As a result of information discovered during the recent depositions of the parties' representatives, the parties have determined that it will be necessary to seek additional discovery from a number of third-party witnesses not previously anticipated.  The parties have therefore agreed that a short, thirty-day extension of the fact discovery deadline in the January 10, 2006 Scheduling Order is necessary to allow the parties to complete that discovery.  Enclosed for the Court's review is a proposed form of Rule 16 Scheduling Order, which is revised to change only the fact discovery deadline in paragraph 4(a).  The parties respectfully request that the Court enter the enclosed Order and remain available at the Court's convenience should Your Honor have any questions concerning this matter.

                                              Respectfully submitted,

                                              /s/  Matt Neiderman
                                              MATT NEIDERMAN (I.D. No. 4018)

MXN/sb
Enclosure
cc:     Clerk of Court (*by e-filing*)
          John C. Andrade, Esq. (*by e-filing*)