IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HSMY, Incorporated, a Delaware Corporation, a/k/a H.S.M.Y., Inc. : <br><br> Plaintiff, : <br><br> vs. : <br><br> GETTY PETROLEUM MARKETING INC., a Maryland Corporation, : <br><br> Defendant. : | C. A. No. 05-818-JJF |

### NOTICE OF DEPOSITION

Please take notice that HSMY, Incorporated ("HSMY"), by and through its undersigned counsel, will take the deposition of Defendant, GETTY PETROLEUM MARKETING INC. ("Getty"), by A. R. Charnes, Vice President of Marketing, before a notary public or other officer authorized by law to administer oaths, with such deposition to be recorded by a stenographer on January 11, 2007 beginning at 9:00 a.m. and continuing until completed, at the offices of DUANE MORRIS LLP, 380 Lexington Avenue, New York, New York 10168.

PARKOWSKI, GUERKE & SWAYZE, P.A.

/s/ John C. Andrade
JOHN C. ANDRADE, ESQUIRE, I.D. #1037
116 West Water Street, P. O. Box 598
Dover, DE 19903
(302) 678-3262
Attorneys for Plaintiff

DATED: December 26, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HSMY, Incorporated, a Delaware Corporation, a/k/a H.S.M.Y., Inc. : | C. A. No. 05-818-JJF |
| Plaintiff, : | |
| vs. : | |
| GETTY PETROLEUM MARKETING INC., a Maryland Corporation, : | |
| Defendant. : | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY this 26th day of December, 2006, that a copy of the foregoing NOTICE OF DEPOSITION was served electronically on the following counsel of record:

>Matt Neiderman, Esquire
>DUANE MORRIS, LLP
>1100 North Market Street, 12th Floor
>Wilmington, DE 19801

>PARKOWSKI, GUERKE & SWAYZE, P.A.
>
>*/s/ John C. Andrade*
>JOHN C. ANDRADE, ESQUIRE, I.D. #1037
>116 West Water Street, P. O. Box 598
>Dover, DE 19903
>(302) 678-3262
>Attorneys for Plaintiff