# DuaneMorris®

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE

MATT NEIDERMAN
DIRECT DIAL:  3026574920
E-MAIL:  mneiderman@duanemorris.com

*www.duanemorris.com*

April 13, 2007

**BY HAND AND E-FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 North King Street, Room 4209
Lock Box 27
Wilmington, DE  19801

      Re:    **HSMY, Incorporated v. Getty Petroleum Marketing Inc.
C.A. No. 05-818 (JJF)**

Dear Judge Farnan:

      We are pleased to report on behalf of both parties that the referenced case has been settled.

      Enclosed is a Stipulation and Order of Dismissal, which the parties respectfully request be entered.

      We are available at the Court's convenience should Your Honor have any questions concerning this matter.

      Respectfully submitted,

      /s/  Matt Neiderman
      Matt Neiderman (I.D. No. 4018)

MXN/sb
Enclosure
cc:    Clerk of the Court (*via e-filing*)
      John C. Andrade, Esq. (*via e-filing*)