**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| HSMY, Incorporated, )<br>a Delaware Corporation, )<br>a/k/a H.S.M.Y., Inc., )<br>      Plaintiff, )<br>      )<br>v. )<br>      )<br>GETTY PETROLEUM MARKETING )<br>INC., a Maryland Corporation. )<br>      Defendant. ) | C.A. No. 05-818 (JJF) |

**STIPULATION AND ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by the parties to this action, by and through their undersigned counsel and subject to the approval of the Court, that this action shall be and is hereby dismissed <u>with prejudice</u>, in accordance with the written Settlement Agreement executed by the parties, each party to bear its own costs and attorneys fees.

| **PARKOWSKI GUERKE & SWAYZE, P.A.** | **DUANE MORRIS LLP** |
|---|---|
| /s/ John C. Andrade | /s/ Matt Neiderman |
| John C. Andrade, Esq. (I.D. No. 1037) | Matt Neiderman (I.D. No. 4018) |
| 116 West Water Street | 1100 North Market Street, 12th Floor |
| Dover, Delaware 19903 | Wilmington, Delaware 19801 |
| Tel:   302.678.3262 | Tel:   302.657.4900 |
| Fax:  302.678.9415 | Fax:  302.657.4901 |
| E-mail:  jandrade@pslegal.com | E-mail:  mneiderman@duanemorris.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

DATED: April 13, 2007

SO ORDERED, this _____ day of _____, 2007.

_____
District Court Judge