IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HSMY, Incorporated,<br>a Delaware Corporation,<br>a/k/a H.S.M.Y., Inc.,<br>    Plaintiff,<br><br>v.<br><br>GETTY PETROLEUM MARKETING<br>INC., a Maryland Corporation.<br>    Defendant. | )<br>)<br>)<br>)<br>)   C.A. No. 05-818 (JJF)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by the parties to this action, by and through their undersigned counsel and subject to the approval of the Court, that this action shall be and is hereby dismissed with prejudice, in accordance with the written Settlement Agreement executed by the parties, each party to bear its own costs and attorneys fees.

**PARKOWSKI GUERKE & SWAYZE, P.A.**    **DUANE MORRIS LLP**

/s/ John C. Andrade                                    /s/ Matt Neiderman
John C. Andrade, Esq. (I.D. No. 1037)      Matt Neiderman (I.D. No. 4018)
116 West Water Street                              1100 North Market Street, 12th Floor
Dover, Delaware 19903                            Wilmington, Delaware 19801
Tel:   302.678.3262                                   Tel:   302.657.4900
Fax:  302.678.9415                                   Fax:  302.657.4901
E-mail:  jandrade@pslegal.com              E-mail:  mneiderman@duanemorris.com

*Attorneys for Plaintiff*                              *Attorneys for Defendant*

DATED: April 13, 2007

SO ORDERED, this __16__ day of __April__, 2007.

_____
District Court Judge